### STATE v. LE SURE LUMBER COMPANY.[1]

October 16, 1908.

Nos. 15,425—(26).[2]

Action in the district court for St. Louis county to recover $5,649.80 for the conversion of certain saw logs. The case was submitted upon stipulated facts. From the judgment in favor of defendant, entered pursuant to the order of Ensign, J., plaintiff appealed. Reversed.

*Edward T. Young*, Attorney General, and *C. S. Jelley*, Assistant Attorney General, for the State.

*M. H. Stanford*, for respondent.

On February 7, 1908, the following opinion was filed:

PER CURIAM.

The decision in State v. Rat Portage Lumber Co., supra, page 1, 115 N. W. 162, determines this appeal. It is immaterial that here the timber permit had been extended by the board of timber commissioners. The timber cut had not been removed within the time therein specified.

[1] Reported in 115 N. W. 167, 117 N. W. 923.
[2] October, 1907, term calendar.

A reargument having been granted, on October 16, 1908, the following opinion was filed:

PER CURIAM.

In this case the same federal questions that were urged upon the attention of the court in State v. Rat Portage Lumber Co., supra, page 13, 117 N. W. 922, were argued. As in the Rat Portage case, we have concluded to adhere to the original decision.

Denied.